foreclosing an attachment lien on land would be void, under article 268, saying:

"The objection is made that the judgment of the justice court foreclosing the lien is void, as it had no power to render such judgment. This court held on the former appeal that the judgment was not void for that reason, basing its opinion on the case of Hillebrand v. Mc-Mahan, 59 Tex. 450; Grizzard v. Brown, 2 Tex. Civ. App. 584, 22 S. W. 252. We think the opinion of this court in that holding correct." Rule v. Richards, 159 S. W. 389; Id., 149 S. W. 1075.

The San Antonio Court of Civil Appeals also held, subsequent to the opinions in Hamill v. Samuels and Patterson v. McMinn, that article 268—

"does not in terms prohibit the foreclosure of an attachment lien, but merely declares it unnecessary as a means of enforcing the lien. If, as held by the Supreme Court, county courts had the authority to foreclose attachment liens before the enactment of the statute, the latter does not deprive them of that power." McCall Co. v. Page, 155 S. W. 655.

We answer each of the questions certified in the affirmative.

---

BYBEE v. STATE. (No. 5126.)

(Court of Criminal Appeals of Texas. Oct. 23, 1918.)

CRIMINAL LAW ⬤⟿1097(6) — STATEMENT OF FACTS—NECESSITY.

A motion for new trial, claiming that the verdict is contrary to law and evidence, cannot be considered, in absence of a statement of the facts; the indictment being in the usual form.

Appeal from District Court, McLennan County; R. I. Munroe, Judge.

Homer Bybee was convicted of violating the local option law, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This conviction was for a violation of the local option law. Appellant's motion for new trial is based upon the ground that the verdict is contrary to the law and the evidence. The record is before us without a statement of the facts. The indictment seems to be in the usual form. Without the testimony we cannot review the questions raised in the motion for new trial.

The judgment is affirmed.

---

⬤⟿For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes